1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-cr-03327-BJC |
| Plaintiff, | 25-mj-4508 |
| v. | **I N F O R M A T I O N** |
| DANIEL GUTIERREZ-CRUZ, | Title 8, U.S.C., Sec. 1325(a)(2)- Eluding Inspection (Misdemeanor); |
| Defendant. | Title 8, U.S.C., Sec. 1326(a) - Attempted Reentry of Removed Alien (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about August 19, 2025, within the Southern District of California, defendant DANIEL GUTIERREZ-CRUZ, being an alien, did knowingly elude examination and inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(2), a misdemeanor.

<u>Count 2</u>

On or about August 19, 2025, within the Southern District of California, defendant DANIEL GUTIERREZ-CRUZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his or her designated successor, the Secretary of the Department of Homeland

DLSE:sd:8/21/2025

Security, after having been previously excluded, deported, and removed from the United States, and not having obtained express consent to reapply for admission thereto; and committed an overt act, namely, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense; all in violation of Title 8, United States Code, Section 1326(a).

DATED: ___8/25/25_____ .

ADAM GORDON
United States Attorney

*Dana Segal*

DANA L. SEGAL
Assistant U.S. Attorney